Malischewski et al., Appellants, *v.* Pennsylvania Railroad Company et al.

Argued January 9, 1947. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

556

*Charles Salkind,* for appellants.

*Theodore Voorhees,* with him *J. Peter Williams, Philip Price* and *Barnes, Dechert, Price, Smith & Clark,* for Pennsylvania Railroad Co., appellees.

*I. Jerome Stern,* Assistant City Solicitor, with him *John J. K. Caskie,* Assistant City Solicitor, and *Frank F. Truscott,* City Solicitor, for City of Philadelphia, appellee.

PER CURIAM, April 18, 1947:

The judgment of the court below dismissing the motions to take off the nonsuits is affirmed on the opinion of President Judge FINLETTER.